Peter N. Metrou, Trustee,
v. Robert Wheeler, III, et al.

Adv Proc No: **20-00094**

Plaintiff v Defendant

# CERTIFICATE OF SERVICE

I, __Ariane Holtschlag__, certify that service of this summons and a copy of the complaint was made __3/3/2020__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Robert Wheeler, III, 5050 Half Round Road, Oswego, IL 60543
Robert Wheeler, III, c/o 2. Jon N. Dowat, Thinking Outside the Box Law, Inc., 40 Shuman Blvd., Suite 320, Naperville, IL 60563
Robert Wheeler, III, c/o 3. Ariel Weissberg, Weissberg & Associates, Ltd., 401 S. LaSalle Street, Suite 403, Chicago, IL 60605
Robert Wheeler, III, c/o 4. John M Drews, Drews & Associates Pc, 700 Commerce Drive - STE 500, Oak Brook, IL 60523

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service: By sending the process by certified mail addressed to:
Robert Wheeler, III, 5050 Half Round Road, Oswego, IL 60543

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __3/3/2020__  Signature __/s/ Ariane Holtschlag__

Print Name: __Ariane Holtschlag__

Business Address: FactorLaw
105 W. Madison, Suite 1500
Chicago, IL 60602

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **19–01600**
**ROBERT WHEELER, III**

        Debtor

Adversary Proceeding No. **20–00094**
**PETER N. METROU, TRUSTEE**

        Plaintiff

v.

**ROBERT WHEELER, III**
**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY**

        Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** ROBERT WHEELER, III

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ariane Holtschlag** |
| **105 W. Madison, Suite 1500** |
| **Chicago, IL 60602** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **City Hall** | |
| **Joliet City Hall, 150 W Jefferson Street** | **Status Hearing Date and Time** |
| | **04/17/2020 at 09:15AM** |
| **Joliet IL 60432** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
03 / 03 / 2020

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012