UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Robert Wheeler, III, | Bankruptcy No. 19-bk-01600 |
| Debtor. | Honorable LaShonda A. Hunt |
| Peter N. Metrou, not individually but as Chapter 7 trustee of the bankruptcy estate of Robert Wheeler, III, | |
| Plaintiff, | Adversary No. |
| v. | |
| Robert Wheeler, III and Massachusetts Mutual Life Insurance Company, | |
| Defendants. | |

### AGREEED JUDGMENT ORDER

This matter being heard on the motion of Peter N. Metrou, not individually but solely in his capacity as the chapter 7 trustee (the "*Trustee*") for the bankruptcy estate of Robert Wheeler III (the "*Debtor*") for entry of an agreed judgment against the Debtor as to Count I of the Complaint (Adv. Dkt. No. 1); due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that

1. Judgment is entered in favor of the Trustee and against the Debtor as to Count I of the Complaint (Adv. Dkt. No. 1); and

2. Entry of this Order constitutes direction to liquidate policy number X-XXX-592 from the Debtor and the Trustee to Massachusetts Mutual Life Insurance Company and for its proceeds to be disbursed directly and exclusively to the Trustee.

Agreed to by the Parties this _____ day of October, 2020:

X *Robert L. Wheeler III*  
Print Name: Robert Wheeler, III

_____  
Print Name: Ariane Holtschlag

| | |
|---|---|
| Title: Debtor/Defendant | Title: Attorney for Trustee/Plaintiff |
| Date: | ENTER: |
| | _____ |
| | United States Bankruptcy Judge |

Prepared by:
William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-4830
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com
         aholtschlag@wfactorlaw.com